# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2015

Robert P. Young, Jr.,
Chief Justice

149329(71)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

MARK CLARK,
            Plaintiff-Appellant,

v                                                                SC:  149329
                                                                 COA:  309438
                                                                 Wayne CC:  10-006750-NO
NATIONAL CITY BANK and PNC
BANK,
            Defendants-Appellees.

_____/

     On order of the Court, the motion for reconsideration of this Court's November 25, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2015



d0518

Clerk